MARK J. CHRISTENSEN *v.* LINDA L. REED ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 105 Conn. App. 578 (AC 27327), is denied.

*Lloyd L. Langhammer*, in support of the petition.

*Kathleen M. Cerrone* and *B. Paul Kaplan*, in opposition.

Decided March 18, 2008

ARTHUR GAINEY *v.* COMMISSIONER OF CORRECTION

The petitioner Arthur Gainey's petition for certification for appeal from the Appellate Court, 105 Conn. App. 902 (AC 27364), is denied.

*Mary H. Trainer*, special public defender, in support of the petition.

*Melissa Patterson*, special deputy assistant state's attorney, in opposition.

Decided March 18, 2008

LIANA FIGUEROA *v.* ALLSTATE INDEMNITY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 105 Conn. App. 538 (AC 27492), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Steven L. Seligman*, in support of the petition

*Linda L. Morkan, Daniel F. Sullivan* and *Gerald P. Dwyer, Jr.*, in opposition.

Decided March 18, 2008